# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

MICHAEL ANTONIO LIVINGSTON, :
AIS 229189,
      :
   Petitioner,
      :
vs.                                     CA 17-0106-KD-MU
      :
WILLIAM STREETER,
      :
   Respondent.

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B), and dated October 27, 2017 (doc. 20), is **ADOPTED** as the opinion of this Court.

It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and he is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this the 20th day of November 2017.

                                        s/ Kristi K. DuBose
                                        KRISTI K. DuBOSE
                                        CHIEF UNITED STATES DISTRICT JUDGE